IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRENDA GARZA, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 4:11-cv-01705 |
| vs. | § | |
| | § | |
| FIRST FINANCIAL ASSET | § | |
| MANAGEMENT, INC. | § | |
| Defendant | § | |

## NOTICE OF DISMISSAL PURSUANT TO SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Southern District of Texas, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted,

By: /s/Dennis R. Kurz
Dennis R. Kurz
Texas State Bar # 24068183
Southern District Bar No. 1045205
Attorney in Charge for Plaintiffs

WEISBERG & MEYERS, L.L.C.
Two Allen Center
1200 Smith Street
16th Floor
Houston, TX 77002
(888) 595-9111 ext. 412
(866) 842-3303 (fax)

## **CERTIFICATE OF SERVICE**

      I certify that on September 8, 2011, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Texas, Houston Division using the electronic case filing system of the court.

                                                        /s/ Dennis R. Kurz
                                                        Dennis R. Kurz