IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Brenda Garza, | § |
|        Plaintiff, | § |
| | § |
| v. | §      CIVIL ACTION NO. 11-1705 |
| | § |
| | § |
| First Financial Asset Management, Inc, | § |
|       Defendant. | § |

## O R D E R

In accordance with the Notice of Dismissal filed on September 8, 2011, it is hereby ORDERED that this action be dismissed with prejudice.

SIGNED at Houston, Texas, on this 9th day of September, 2011.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE